2006R00751/BAH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 07-264 (PGS) |
| CLIPPER WONSILD TANKERS HOLDING A/S, CLIPPER MARINE SERVICES A/S, and TROJAN SHIPPING CO., LTD. | : | 18 U.S.C. § 371<br>33 U.S.C. § 1908(a)<br>18 U.S.C. § 1001<br>18 U.S.C. § 1505<br>18 U.S.C. § 1519<br>18 U.S.C. § 2 |

### ORDER

This matter having been opened to the Court on the motion of Christopher J. Christie, United States Attorney for the District of New Jersey (by Bradley A. Harsch, Assistant U.S. Attorney, appearing); and defendant CLIPPER MARINE SERVICES A/S having pleaded guilty on June 19, 2008 to Counts 1, 2 and 3 of the Indictment; and Count 2 of the Indictment having charged a violation of The Act to Prevent Pollution From Ships ("APPS"), Title 33, United States Code Sections 1901, et seq.; and $1.3 million of the total fine of $3.25 million having been apportioned to the APPS charge in Count 2 of the Indictment; and Section 1908(a) of APPS having granted a Court discretion to issue a monetary award of up to one half of any criminal fine imposed to those who provide information which leads to a conviction under the Act; and the United States having shown to

the satisfaction of this Court that certain former crew members of the M/T Clipper Trojan deserve a reward under APPS; and for good cause shown;

IT IS, therefore, on this ___7___ day of July, 2008,

ORDERED that the government's motion is granted; and it is further

ORDERED that pursuant to Title 33, United States Code, Section 1908(a), a total of $650,000 is awarded to certain former crew members of the M/T Clipper Trojan as specified in the table below:

| Crew Member | Award |
| --- | --- |
| Danilo Sibug | $175,000 |
| Sol Yeban | $175,000 |
| Martin Macuto | $175,000 |
| Pablito Tolentino | $50,000 |
| Marconilo Lajara | $50,000 |
| Romeo Camilon | $25,000 |
| **TOTAL** | $650,000 |

and it is further

ORDERED that the amount is to be paid by the Clerk of the Court from the fine paid by defendant CLIPPER MARINE SERVICES A/S. Upon receipt of the fine payment from CLIPPER MARINE SERVICES A/S, the Clerk of the Court shall transmit checks payable to the individuals specified above to the United States Attorney's Office for the District of New Jersey, which shall ensure that the checks are disbursed to the awardees.

7-7-08

HON. PETER G. SHERIDAN
United States District Judge